**Fill in this information to identify the case:**

Debtor 1    Racquel L. Walbert

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern    District of Pennsylvania
                                                                    (State)

Case number    15-11529-pmm

---

Form 4100R

## Response to Notice of Final Cure Payment      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee for the Bungalow Series F Trust

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 1 2 6

**Property address:** 602 Independence Court
Number    Street

_____

Blandon, PA 19510
City      State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
                                                       MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:      (a) $ 2,647.65

b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

c. **Total**. Add lines a and b.      (c) $ 2,647.65

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    05 / 01 / 2020
                                                       MM / DD / YYYY

Debtor 1 ___Racquel L. Walbert_____    Case number (*if known*) __15-11526-pmm_____
        First Name    Middle Name    Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ __/s/ Jillian Nolan Snider_____    Date  _06_ / _16_ / _2020__
   Signature

Print    __Jillian Nolan Snider_____    Title  _Attorney_____
      First Name    Middle Name    Last Name

Company    __Tucker Arensberg, P.C._____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    __1500 One PPG Place_____
      Number    Street

          _Pittsburgh, PA 15222_____
      City    State    ZIP Code

Contact phone  (_412_) _566_ – _1212____    Email _jsnider@tuckerlaw.com___

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:　　　　　　　　　　　　　　　　　　Chapter 13

**Racquel L. Walbert**　　　　　　　　　　　　Bankruptcy No. 15-11529-amc

　　**Debtor**

### CERTIFICATE OF SERVICE

　　I, Jillian Nolan Snider, of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, certify that I am, and at all time hereinafter mentioned, more than 18 years of age.

　　That on the June 16, 2020, I served a copy of the Response to the Notice of Final Cure Payment filed in this proceeding by first class mail, postage pre-paid, or ECF notice as follows:

**Debtor via first class mail**
Racquel L. Walbert
602 Independence Ct.
Blandon, PA 19510

**Via ECF Notification**

| George M. Lutz, Esq.<br>1025 Berkshire Blvd.<br>Suite 700<br>PO Box 5828<br>Wyomissing, PA 19610 | Scott F. Waterman, Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of the United States Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19107 |

Executed: 6/16/20

　　　　　　　　　　　　　　　　　By */s/ Jillian Nolan Snider*
　　　　　　　　　　　　　　　　　Jillian Nolan Snider, Esquire, Bar ID # 202253
　　　　　　　　　　　　　　　　　1500 One PPG Place
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　(412) 566-1212
　　　　　　　　　　　　　　　　　Attorney for Movant